UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
ALAN HAENEL and MARY HAENEL,

                              Plaintiffs,

                                                 CV-07-2320
-against-                            (Wexler, J)(Wall, M.J)

                                                 **STIPULATION OF**
                                                 **DISMISSAL**

WASHINGTON MUTUAL BANK

                              Defendant.

------------------------------------------------------------------- X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for Defendant Washington Mutual Bank ("Defendant") and Plaintiffs Alan Haenel and Mary Haenel ("Plaintiffs"), that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is, discontinued, with prejudice, without costs to either party as against the other.

Dated: April _11_, 2008

By: _____                         By: _____
Candice B. Lieberman (CL1754)               John T. McCarron
CULLEN AND DYKMAN LLP                     JOHN T. McCARRON, P.C.
Attorneys for Defendant                             Attorney for Plaintiffs
100 Quentin Roosevelt Blvd.                     445 Broadhollow Road, Suite 124
Garden City, New York 11530                   Melville, New York 11747