UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------x

DARIA CAMPISI,

                Plaintiff,

     -against-

PROFESSIONAL CLAIMS BUREAU, INC.,
MISS BUTLER, MISS SHANDA and MR.
MICHAEL BRETT,

                Defendant(s).

----------------------------------x

STIPULATION OF DISMISSAL

07 CV 2950

     Plaintiff, DARIA CAMPISI, hereby voluntarily dismisses this action against defendant, Professional Claims Bureau, Inc., MISS BUTLER, MISS SHANDA AND MR. MICHAEL BRETT, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other. The Court is to retain jurisdiction for the purpose of enforcing the terms of the settlement of the parties.

     An executed faxed copy of this Stipulation shall be deemed as a signed original.

This 6th day of March 2008

_____
For the plaintiff
DONOHUE MCGAHAN, CATALANO & BELITSIS
James M. McGahan (JM-1191)
555 North Broadway, P.O. Box 350
Jericho, NY 11753-0350

_____
For the defendant
MEL S. HARRIS & ASSOCIATES, LLC
Arthur Sanders (AS1210)
5 Hanover Square, 8th Floor
New York, NY 10007

Dated: Central Islip, NY
4/22/08

So Ordered

_____
Hon. Leonard D. Wexler, U.S.D.J.